JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDMOND NEAL, | ) | Case No. CV 19-10208 FMO (AFMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| 3179 LOS FELIZ PARTNERS LLC, <u>et al.</u>, | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 6th day of April, 2020.

                                                                              /s/
                                                         Fernando M. Olguin
                                                  United States District Judge